UNITED STATES of America,
Plaintiff–Appellee,

v.

Henry Andre REDFERN, Defendant–
Appellant.

No. 00–7791.

United States Court of Appeals,
Fourth Circuit.

Submitted March 22, 2001.

Decided March 29, 2001.

Henry Andre Redfern, pro se. Marshall Prince, Office of the United States Attorney, Columbia, SC, for appellee.

Before WILKINS, LUTTIG, and
MICHAEL, Circuit Judges.

PER CURIAM.

Henry Andre Redfern seeks to appeal the district court's order denying his mo-

tion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Redfern*, Nos. CR–98–567; CA–00–1335–17–0 (D.S.C. Oct. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*